**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Peter Jason Helfrich,<br><br>           Plaintiff,<br><br>v.<br><br>State of Nevada,<br><br>           Defendant. | Case No. 2:20-cv-01078-APG-BNW<br><br>**<u>Order</u>** |

On June 18, 2020, the court entered an order requiring Plaintiff to file an application to proceed *in forma pauperis* or to pay the filing fee in this case. (Order (ECF No. 3).) Plaintiff's deadline for doing so was July 17, 2020. (*Id.*)

On June 29, 2020, Plaintiff filed an application to proceed *in forma pauperis* but used the form for inmates, though Plaintiff is not incarcerated. (*See* ECF No. 6.) The Court noted this issue on July 6, 2020, denied Plaintiff's application, ordered the Clerk of Court to send Plaintiff the correct form, and gave Plaintiff until August 5, 2020 to file the correct application. (ECF No. 7.) The Court further noted that a failure to comply with the Court's order could result in an order to show cause why this case should not be dismissed. (*Id.*) Plaintiff did not comply with this Court's order, request an extension, or otherwise respond.

IT IS THEREFORE ORDERED that Plaintiff must show cause, in writing, by September 15, 2020 why this case should not be dismissed for failure to follow this Court's order.

IT IS FURTHER ORDERED that if Plaintiff submits the correct *in forma pauperis* application by September 15, 2020 or pays the filing fee, the Court will deem this Order to Show Cause satisfied, and Plaintiff will not be required to do anything else to comply with this order.

DATED: August 18, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE